UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTO INDUSTRIES SUPPLIER
EMPLOYEE STOCK OWNERSHIP
PLAN (ESOP),

    Plaintiff,

v.                                                                                      Case No. 03-74357

SNAPP SYSTEMS, INC.,                                               HONORABLE AVERN COHN

    Defendant/Third-Party Plaintiff,

v.

FORD MOTOR COMPANY, SUSAN E.
KOBET, DIANE SENDEK MARCHESE,
CARMEN ZIRLES, and JEFFREY D.
COLLINS,

    Third-Party Defendants.

_____/

## SECOND SUPPLEMENTAL ORDER OF REFERENCE
## TO SPECIAL MASTER

    This is a business dispute.  On February 9, 2005, the Court appointed William Sankbeil as Special Master to manage completion of the discovery process in this case. The Court on February 16, 2005, enlarged the Special Master's duties to include all pretrial non-dispositive matters, including scheduling of the close of discovery, filing of expert reports, deposition of experts, preparation of the joint pretrial statement, and filing of the joint pretrial statement.

    After a status conference with the parties on June 8, 2005, the Court ENLARGES the Special Master's duties as follows:

- The resolution of all outstanding and future discovery disputes between the parties are referred to the Special Master under Fed. R. Civ. P. 53.

The Special Master periodically shall report to the Court with respect to the progress of the matters referred to him. Any order entered by the Special Master shall be incorporated into a report and recommendation, in writing, to the Court for purposes of review should any party make an application for review. Any petition for review by the Court of the recommendations of the Special Master shall be submitted in writing within five (5) days of receipt of the Special Master's report(s).

SO ORDERED.

Dated: June 09, 2005

        s/Avern Cohn
        AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, June 09, 2005, by electronic and/or ordinary mail.

        s/Julie Owens
Case Manager, (313) 234-5160