UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTO INDUSTRIES SUPPLIER
EMPLOYEE STOCK OWNERSHIP
PLAN (ESOP),

    Plaintiff,

v.                                                                                          Case No. 03-74357

SNAPP SYSTEMS, INC.,                                                    HONORABLE AVERN COHN

    Defendant/Third-Party Plaintiff,

v.

FORD MOTOR COMPANY, SUSAN E.
KOBET, DIANE SENDEK MARCHESE,
CARMEN ZIRLES, and JEFFREY D.
COLLINS,

    Third-Party Defendants.

_____/

## ORDER OF REFERENCE TO SPECIAL MASTERS NO. 2

Before the Court is a motion styled

> Third-Party Defendants' Objections and Motion to Strike SNAPP System, Inc.'s Affidavits

On reference to special masters are numerous motions described in the Appointment and Order of Reference to Special Masters filed January 27, 2006.

It is not clear from the motion now before the Court which of the motions before the special masters the objectionable affidavits relate to. Accordingly, the motion before the

Court will be referred to each special master for consideration in the course of dealing with the particular motions on reference to each special master.

SO ORDERED.

Dated: February 02, 2006         s/Avern Cohn
                                             AVERN COHN
                                             UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 2, 2006, by electronic and/or ordinary mail.

                                             s/Julie Owens
                                             Case Manager
                                             (313) 234-5160