UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTO INDUSTRIES SUPPLIER
EMPLOYEE STOCK OWNERSHIP
PLAN (ESOP),

    Plaintiff,

v.                                                                          Case No. 03-74357

SNAPP SYSTEMS, INC.,                                        HONORABLE AVERN COHN

    Defendant/Third-Party Plaintiff,

v.

FORD MOTOR COMPANY, SUSAN E.
KOBET, DIANE SENDEK MARCHESE,
CARMEN ZIRLES, and JEFFREY D.
COLLINS,

    Third-Party Defendants.

_____/

## ORDER VACATING SCHEDULING ORDER

    This is a business dispute. Plaintiff Snapp Systems, Inc. (SNAPP) and defendant Ford Motor Company (Ford) had an eight-year relationship during which Snapp provided various services and supplies to Ford. Snapp is suing Ford as well as four Ford employees as a result of the breakdown of the relationship.

    The most recent scheduling order, filed June 14, 2006, includes the following dates:

| | |
|---|---|
| SNAPP's draft pretrial statement | September 15, 2006 |
| Ford's response | September 29, 2006 |
| Final Pretrial Conference | October 19, 2006 |
| Jury trial | November 13, 2006 |

The above dates are VACATED. A new scheduling order with new dates shall issue following a ruling on the parties' objections to the report and recommendations of the Special Masters.

SO ORDERED

  s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: September 7, 2006

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 7, 2006, by electronic and/or ordinary mail.

  s/Julie Owens
Case Manager, (313) 234-5160