UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTO INDUSTRIES SUPPLIER
EMPLOYEE STOCK OWNERSHIP
PLAN (ESOP),

    Plaintiff,

v.                                                                                          Case No. 03-74357

SNAPP SYSTEMS, INC.,                                             HONORABLE AVERN COHN

    Defendant/Third-Party Plaintiff,

v.

FORD MOTOR COMPANY, SUSAN E.
KOBET, DIANE SENDEK MARCHESE,
CARMEN ZIRLES, and JEFFREY D.
COLLINS,

    Third-Party Defendants.

_____/

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS OF
## THE SPECIAL MASTERS TO WHICH NEITHER PARTY OBJECTED

    This is a commercial dispute.  SNAPP is suing Ford and current and former Ford employees for acts arising out of their business relationship.  The relationship began in 1991 and ended in 1999.  Briefly, SNAPP, a minority contractor, initially supplied computer software to Ford which SNAPP purchased direct from manufacturers and then sell to Ford.  As the parties' relationship evolved, SNAPP also supplied Ford with "industrial materials," also called "low end commodities," such as safety equipment. The parties purchasing arrangement was memorialized in several written agreements

and, according to SNAPP, some oral agreements.

The parties filed several dispositive motions which the Court referred to Special Masters Bryan Levy and Stephen Caulkins for reports and recommendations (R&R).

This Order reflects the Court's decision on the motions referred to the Special Masters to which neither party filed objections, as follows:

1. Ford's Motion for Partial Summary Judgment [Docket # 88]. The Special Master recommends that the motion be denied. The Court agrees. Accordingly, the R&R of the Special Master [Docket # 396] is ADOPTED as the findings and conclusions of the Court. Ford's motion is DENIED.

2. SNAPP's Motion for Summary Judgment Relating to Ford's Commitment to SNAPP to Receive a 2% Profit on Gross Revenues [Docket # 242]. The Special Master recommends that the motion be denied. The Court agrees. Accordingly, the R&R of the Special Master [Docket # 405] is ADOPTED as the findings and conclusions fo the Court. SNAPP's motion is DENIED.

SO ORDERED.

Dated:  December 12, 2006         s/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, December 12, 2006, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                                Case Manager, (313) 234-5160