UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


AUTO INDUSTRIES SUPPLIER
EMPLOYEE STOCK OWNERSHIP
PLAN (ESOP),

      Plaintiff,

v.                                                                Case No. 03-74357

SNAPP SYSTEMS, INC.,                          HONORABLE AVERN COHN

      Defendant/Third-Party Plaintiff,

v.

FORD MOTOR COMPANY, SUSAN E.
KOBET, DIANE SENDEK MARCHESE,
CARMEN ZIRLES, and JEFFREY D.
COLLINS,

      Third-Party Defendants.

_____/


## ORDER


      This is a complex contract action.  Discovery has been referred to a special master.

The Court is satisfied that the progress of the case will be enhanced if it supervises

discovery from this time forward.  Now before the Court is Third-Party Defendants' Motion

to Compel Source Documents From Direct Sourcing Solutions, Inc. and For Sanctions.

Direct Sourcing has responded.   The Court will hold a hearing on the motion on

Wednesday, February 7, 2007 at 2:00 pm.  In the interim, Third-Party Defendants shall

lodge with the Court the financial statements of Direct Sourcing for which it requests source

documents with an explanation of their arguable relevancy to the issues in this case as it

now stands.

     SO ORDERED.


       s/Avern Cohn                       
      AVERN COHN
      UNITED STATES DISTRICT JUDGE


Dated:  December 12, 2006


I hereby certify that a copy of the foregoing document was mailed to the parties of record
on this date, December 12, 2006, by electronic and/or ordinary mail.


       s/Julie Owens                      
      Case Manager, (313) 234-5160