UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTO INDUSTRIES SUPPLIER
EMPLOYEE STOCK OWNERSHIP
PLAN, et al,                                      CASE NUMBER: 03-74357

        Plaintiff(s),                          HONORABLE AVERN COHN

v.

SNAPP SYSTEMS, INC., et al,

        Defendant(s).
_____/

## ORDER re: MOTIONS

The Court's review of the record establishes that the only pending motions are:

1. Third Party Defendants' Motion to Compel Source Documents from Direct Sourcing Solutions, Inc., and for Sanctions (D/E 435),

2. SNAPP's Motion to Reopen Limited Discovery (D/E 427),

3. Objection to Special Master Sankbeil's 9/12/2006 Report and Recommendation Concerning Ford's Second Motion to Compel Related to SNAPP's Responses to Ford's Interrogatories 15 and 16 (D/E 425 related to D/E 353).

All other motions for which the record does not reflect termination are TERMINATED, and no further action is to be taken on them.

    SO ORDERED.

Dated: December 15, 2006               s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 15, 2006, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                             Case Manager, (313) 234-5160