UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTO INDUSTRIES SUPPLIER
EMPLOYEE STOCK OWNERSHIP
PLAN (ESOP),

    Plaintiff,

v.                                                                                          Case No. 03-74357

SNAPP SYSTEMS, INC.,                                                    HONORABLE AVERN COHN

    Defendant/Third-Party Plaintiff,

v.

FORD MOTOR COMPANY, SUSAN E.
KOBET, DIANE SENDEK MARCHESE,
CARMEN ZIRLES, and JEFFREY D.
COLLINS,

    Third-Party Defendants.
_____/

## ORDER

    SNAPP has filed a motion for reconsideration under Local Rule 7.1(g) of the Court's December 12, 2006 Opinion and Order Adopting Report and Recommendation Regarding SNAPP's Race Discrimination Claim and Granting Ford's Motion for Summary Judgment. Ford shall file a response to the motion within 15 days. Thereafter, SNAPP may file a reply within 10 days.

    SO ORDERED.


Dated: January 08, 2007                        s/Avern Cohn
                                                     AVERN COHN
                                                     UNITED STATES DISTRICT JUDGE