UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTO INDUSTRIES SUPPLIER
EMPLOYEE STOCK OWNERSHIP
PLAN (ESOP),

    Plaintiff,

v.                                      Case No. 03-74357

SNAPP SYSTEMS, INC., a          HONORABLE AVERN COHN
Delaware Corporation,

    Defendant/Third-Party Plaintiff,

v.

FORD MOTOR COMPANY,

    Third-Party Defendant.

_____/

**ORDER DENYING MOTION TO STRIKE THE DECLARATION OF RAYMOND POLLARD OR AN ORDER TO SHOW CAUSE WHY MR. POLLARD SHOULD NOT BE REQUIRED TO APPEAR BEFORE THIS COURT TO EXPLAIN WHY HIS TESTIMONY MATERIALLY CHANGED**

This is a commercial dispute. Before the Court is SNAPP's Motion to Strike the Declaration of Raymond Pollard or an Order to Show Cause Why Mr. Pollard Should Not Be Required to Appear Before this Court to Explain Why His Testimony Materially Changed. For the reasons stated on the record at the hearing on June 13, 2007, the motion is DENIED.

    SO ORDERED.

Dated: June 13, 2007                    s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 13, 2007, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager, (313) 234-5160