UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTO INDUSTRIES SUPPLIER
EMPLOYEE STOCK OWNERSHIP
PLAN (ESOP),

    Plaintiff,

v.                                                     Case No. 03-74357

SNAPP SYSTEMS, INC., a               HONORABLE AVERN COHN
Delaware Corporation,

    Defendant/Third-Party Plaintiff,

v.

FORD MOTOR COMPANY,

    Third-Party Defendant.

_____/

## ORDER BIFURCATING SNAPP'S TORTIOUS INTERFERENCE AND BREACH OF CONTRACT CLAIMS

This is a commercial dispute. On June 13, 2007, the Court held a hearing on Ford's Motion for Summary Judgment on SNAPP's Tortious Interference Claims and Ford's Motion for Partial Summary Judgment on SNAPP's Breach of Contract Claims. As stated on the record at the hearing, SNAPP's tortious interference claims are BIFURCATED from its breach of contract claims.

    SO ORDERED.

Dated: June 13, 2007                      s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 13, 2007, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5160